# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Niyah Smith-Walker<br>Sheldon L. Walker<br>**Debtor(s)** | CHAPTER 13<br>BK. NO. 18-13616 MDC |
| U.S. BANK NATIONAL ASSOCIATION, (AS TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>**Movant**<br>vs.<br>Niyah Smith-Walker<br>Sheldon L. Walker<br>**Respondent(s)** | |

## CERTIFICATION OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **September 14, 2018**.

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Niyah Smith-Walker
6059 Lawndale Street
Philadelphia, PA 19111

Sheldon L. Walker
6059 Lawndale Street
Philadelphia, PA 19111

Date: September 14, 2018

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant