**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Niyah Smith-Walker | : | |
| Sheldon L. Walker | : | |
| | : | |
| | : | Case No. 18-13616MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## <u>CERTIFICATE OF SERVICE</u>

 

I, Brad J. Sadek, Esq., hereby certify that on November 29, 2018, a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, all interested and affected parties, the Trustee and all affected creditors per the address provided on their Proof of Claims.

Very Truly Yours,

November 29, 2018 _____

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire