IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>**Niyah Smith-Walker**<br>**Sheldon L. Walker** | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy Case No: 18-13616MDC |

## PRAECIPE TO WITHDRAW

TO THE COURT:

On behalf of the Debtor, please withdraw the Amended Chapter 13 Plan filed with the court on November 29, 2018 at Docket No. 23 as the wrong document was attached to the filing.

Dated: November 29, 2018

*/s/ Brad J. Sadek*
Brad J. Sadek, Esquire
Counsel for Debtor