# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13616-MDC

NIYAH SMITH-WALKER
SHELDON L WALKER
6059 LAWNDALE STREET

PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NIYAH SMITH-WALKER
    SHELDON L WALKER
    6059 LAWNDALE STREET

    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 5/20/2019

                                                  /S/ William C. Miller
                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee