United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 18-13616-mdc
Niyah Smith-Walker                                          Chapter 13
Sheldon L. Walker
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Antoinett      Page 1 of 2          Date Rcvd: Jun 20, 2019
                            Form ID: pdf900      Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
```
db/jdb       +Niyah Smith-Walker,    Sheldon L. Walker,    6059 Lawndale Street,    Philadelphia, PA 19111-5723
14115599     +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
              Philadelphia, PA 19106-1538
14193984     +U.S. BANK NATIONAL ASSOCIATION, (AS TRUSTEE FOR TH,    211 North Front Street,
              Harrisburg, PA 17101-1406
14115603     +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
14120914     +U.S. Department of Housing and Urban Development,    451 7th Street S. W.,
              Washington, DC 20410-0002
14226680      US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
14115606     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
             (address filed with court:  Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
              Greenville, SC 29606)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jun 21 2019 02:49:14     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2019 02:48:50
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 21 2019 02:49:07     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 21 2019 02:53:32
              Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14115593     +E-mail/Text: EBNProcessing@afni.com Jun 21 2019 02:49:02     Afni,    Attn: Bankruptcy,
              Po Box 3097,    Bloomington, IL 61702-3097
14115594     +E-mail/Text: bankruptcy@acacceptance.com Jun 21 2019 02:48:59     American Credit Acceptance,
              Attn: Bankruptcy Department,    961 E. Main St.,    Spartanburg, SC 29302-2185
14223878      E-mail/Text: megan.harper@phila.gov Jun 21 2019 02:49:14     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14115595     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 21 2019 02:49:26
              Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
              Norwood, MA 02062-2679
14115597     +E-mail/Text: bknotice@ercbpo.com Jun 21 2019 02:49:01     ERC/Enhanced Recovery Corp,
              Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14115598     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jun 21 2019 02:53:16     Exeter Finance Corp,
              Po Box 166008,    Irving, TX 75016-6008
14176995     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jun 21 2019 02:53:16     Exeter Finance LLC,
              P.O. Box 167399,    Irving, TX 75016-7399
14117398     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 21 2019 02:53:32     Exeter Finance LLC,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14168052      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2019 02:53:18
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
              LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14167952      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2019 02:53:36
              LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
              Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14115601     +E-mail/Text: blegal@phfa.org Jun 21 2019 02:49:00     Pa Housing Finance Agency,    Po Box 8029,
              Harrisburg, PA 17105-8029
14119627     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2019 02:53:54     T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14115605     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 21 2019 02:48:29
              Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
              Weldon Springs, MO 63304-2225
14176591     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2019 02:53:54     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 18
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14115600*    +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
              Philadelphia, PA 19106-1538
14115602*    +Pa Housing Finance Agency,    Po Box 8029,    Harrisburg, PA 17105-8029
14115604*    +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
14115596     ##+Eastern Revenue, Inc,    998 Old Eagle School Rd,    Wayne, PA 19087-1805
                                                                          TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2        User: Antoinett      Page 2 of 2          Date Rcvd: Jun 20, 2019
                           Form ID: pdf900      Total Noticed: 25
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Niyah  Smith-Walker brad@sadeklaw.com,  bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Joint Debtor Sheldon L. Walker brad@sadeklaw.com,
           bradsadek@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (AS TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (AS TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (AS TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NIYAH  SMITH-WALKER             Chapter 13
SHELDON L WALKER

          Debtor            Bankruptcy No. 18-13616-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____20th_____ day of _____June_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
NIYAH  SMITH-WALKER
SHELDON L WALKER
6059 LAWNDALE STREET

PHILADELPHIA, PA 19111-